# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number:   EP:24-M -01465(1) RFC |
| | § | |
| (1) JORGE FELIX TRUJILLO AVILA | § | 8 USC 1325(a)(1) |
| *Defendant* | | |

## INITIAL APPEARANCE

On **April 08, 2024**, the defendant appeared in Open Court before U.S. Magistrate Judge ROBERT F. CASTANEDA.  The defendant affirmed being the person named in the charging document.

**The defendant was advised as follows:**

1) The nature of the charge against him/her;

2) The right to retain counsel or to request the assignment of counsel if he/she is unable to obtain counsel;

3) That he/she is not required to make any statement and that any statement he/she makes may be used against him/her;

4) The right to a preliminary examination if not indicted;

5) The right to consideration of bail.

6) The right to have the government or a federal law enforcement official notify a consular officer from his/her home country of nationality of the arrest.

**Attorney**

( X )   Counsel Appointed / Retained:  **CJA**   Islas, Norma Angelica     **915-599-9883**

**Next Hearing Date/Time**

( X )   **MISDEMEANOR ARRAIGNMENT**   April 09, 2024  at  02:30 PM

**525 Magoffin Avenue**, El Paso, TX 79901     Magistrate Courtroom, Room 612

**Bond**

( X )   Bond set at:  **$10K  C/CS**

**Interpreter Needed:**          Interpreter:Spanish          Record FTR Gold

Time:   12:00 - 12:15 =  0 min                 m.a. time :

Arresting Agency:   El Paso Sector Border Patrol - ONTIVEROS, JASON J.
Courtroom Deputy: Veronica Montoya - (915) 834-0520
Interpreter:  E. GALEGOS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| USA § | |
| § | |
| vs. § | Case Number: EP:24-M -01465(1) |
| § | |
| (1) JORGE FELIX TRUJILLO AVILA § | |

**ORDER SETTING MISDEMEANOR ARRAIGNMENT**

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for **MISDEMEANOR ARRAIGNMENT**, in Magistrate Courtroom 612, on the 6th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on:

**April 09, 2024 at 02:30 PM**

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Counsel for the defendant shall notify the defendant of this setting and if the defendant is on bond, advise the defendant to be present at this proceeding.

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is hereby notified of and ordered to comply with (1) the prosecutor's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and (2) the possible consequences of violating this Order, which may include sanctions such as delay of trial or other proceedings, the exclusion of evidence, the giving of adverse jury instructions, the grant of new trial, the dismissal of an action, or finding in contempt.

**IT IS SO ORDERED** this **8th day of April, 2024.**

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

USA §
§   Case Number:
vs. §   EP:24-M -01465(1) RFC
§
**(1) JORGE FELIX TRUJILLO AVILA** §

## ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Norma Angelica Islas, is hereby appointed to represent the defendant in the above-styled and numbered cause.

Defense Counsel is **ORDERED** to meet and confer with the Defendant prior to the time of the hearing. Failure to do so, in absence of good cause, will result in termination of the appointment of counsel.

This appointment shall remain in effect until further order of this court.

It is so **ORDERED** this 8th day of April, 2024.

_____
**ROBERT F. CASTANEDA**
**UNITED STATES MAGISTRATE JUDGE**

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
04/08/2024
Clerk, U.S. District Court
Western District of Texas

By: /vm/

Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:24-M -01465(1) |
| | § |
| (1) JORGE FELIX TRUJILLO AVILA | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **04/04/2024** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers.

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts:

"The DEFENDANT, Jorge Felix TRUJILLO AVILA, an alien to the United States and a citizen of Venezuela, entered the United States from the Republic of Mexico by crossing the Rio Grande River on April 04, 2024, approximately 1.5 miles east of the Ysleta Port of Entry in El Paso, Texas, in the Western District of Texas. The place where the DEFENDANT entered is not designated as a Port of Entry by immigration officers."

Continued on the attached sheet and made a part of hereof:   [X] Yes   [ ] No

Sworn to before me and subscribed in my presence,

/ s / ONTIVEROS, JASON J.
Signature of Complainant
Border Patrol Agent

04/08/2024                                  at   EL PASO, Texas
File Date                                        City and State

OATH TELEPHONICALLY
SWORN  AT 11:02 P.M.
FED.R.CRIM.P.4.1(b)(2)(A)

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE                Signature of Judicial Officer

WESTERN DISTRICT OF TEXAS

(1) JORGE FELIX TRUJILLO AVILA

FACTS   (CONTINUED)

The DEFENDANT, Jorge Felix TRUJILLO AVILA, an alien to the United States and a citizen of Venezuela, entered the United States from the Republic of Mexico by crossing the Rio Grande River on April 04, 2024, approximately 1.5 miles east of the Ysleta Port of Entry in El Paso, Texas, in the Western District of Texas. The place where the DEFENDANT entered is not designated as a Port of Entry by immigration officers.


Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.


IMMIGRATION HISTORY:
NONE

CRIMINAL HISTORY:
NONE