# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
Apr 9 2024
Clerk, U.S. District Court
Western District of Texas

By: _____

Deputy

**UNITED STATES OF AMERICA**

vs.

**(1) JORGE FELIX TRUJILLO AVILA**

Defendant.

CASE NUMBER: EP:24-M -01465(1)

## JUDGMENT IN A CRIMINAL CASE
**(For A Petty Offense)** - Short Form

The defendant, Jorge Felix Trujillo Avila, was represented by counsel, Norma Angelica Islas.

The defendant pled guilty to the complaint on April 9, 2024. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | April 04, 2024 |

As pronounced on April 9, 2024, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served + (1) One Business Day**. The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect this assessment are not likely to be effective.

Signed on this the 9th day of April, 2024.

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

United States District Court
Western District of Texas
El Paso Division

FILED
04/09/2024

Clerk, U.S. District Court
Western District of Texas

By: *VMontoya*
Deputy

# INITIAL APPEARANCE, PLEA AND SENTENCE

Case Number: EP:24-M -01465(1) RFC

| | |
|---|---|
| DEFENDANT'S NAME:<br>(1) JORGE FELIX TRUJILLO AVILA | ATTY FOR DEFENDANT:<br>Islas, Norma Angelica |
| JUDGE: ROBERT F. CASTANEDA | AUSA: SEAN WANG |
| DEPUTY CLERK: Veronica Montoya | INTERPRETER: Spanish - E. GALLEGOS |
| COURT REPORTER: ERO | PROB. OFFICER: |
| | PRETRIAL OFFICER: |
| DATE: April 09, 2024 | TIME: **28** Minutes   2:40 p.m. - 3:08 p.m. |

PROCEEDINGS                     DFT NO.        [DftNo1]     [DftNo2]

| | Proceeding | DftNo1 | DftNo2 |
|---|---|---|---|
| X | INITIAL APPEARANCE HELD | X | |
| X | ARRAIGNMENT HELD | X | |
| X | DFT INFORMED OF RIGHTS/oral consent to plea | X | |
| X | GUILTY   DEFT [DftNo1]  COUNT(S):   COMPLAINT | | |
| X | GUILTY PLEA ACCEPTED BY THE COURT | X | |
| | Information Filed On _____ | | |
| | Motion to Dismiss Complaint filed on _____ | | |
| | Court Grants Motion to Dismiss on _____ | | |
| | Order Dismissing Complaint entered on _____ | | |
| X | Oral Motion by AUSA to Remit Special Assessment | X | |
| X | Oral Order Granting Oral Motion to Remit Special Assessment | X | |

X   SENTENCING HELD: Defendant sentenced to :
**TIME SERVED PLUS (1) ONE BUSINESS DAY / NO FINE / $10 SA REMITTED**

OTHER:   DEFT AGREED TO WAIVE INITIAL APPEARANCE HEARING